A. Dean Bennett, ISB #7735
Alexandra S. Grande, ISB #9566
HOLLAND & HART LLP
800 West Main St., Suite 1750
P.O. Box 2527
Boise, ID 83702-7714
Telephone: (208) 342-5000
Facsimile:  (208) 343-8869
adbennett@hollandhart.com
asgrande@hollandhart.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CYNTHIA A. BENNETT,<br><br>                         Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                         Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION<br>TO FEDERAL COURT** |

Defendant Lowe's Home Centers, LLC ("Lowe's"), by and through its attorneys, Holland & Hart LLP, submits this Notice of Removal of Action to Federal Court for the purpose of removing this action from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho. Lowe's petition for removal is based on the grounds that this is a civil action founded on a claim or right arising under the laws of the United States, and therefore this action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(b).

This Notice of Removal is made on the following grounds:

1.      On March 20, 2019, Plaintiff Cynthia A. Bennett ("Bennett") commenced this action by filing a complaint in the Fourth Judicial District Court of the State of Idaho, in and for

the County of Ada, entitled *Cynthia A. Bennett v. Lowe's Home Centers, LLC*, Case No. CV01-

19-04868 ("Complaint").  No prior pleading or paper was served on Lowe's.

2.      Lowe's was served with the Complaint on March 22, 2019.  The Case Docket

indicates a Summons was issued, but it was not included with the Complaint and has not

otherwise been received by Lowe's.  Lowe's filed a Notice of Appearance dated April 12, 2019.

Lowe's has not yet answered or otherwise responded to the Complaint.

3.      In accordance with 28 U.S.C. § 1446(a), the contents of the state court file and

docket sheet are attached hereto as **Exhibits A-D** *[A=Docket Sheet; B=Complaint; C=Notice of*

*Service of Process; D=Notice of Appearance]*.  To Lowe's knowledge, no other process,

pleadings, or orders have been filed or served in this action, nor have any hearings been

scheduled.  Exhibits A-D thus constitute the entire state court file.

4.      This is a civil action over which this Court has original jurisdiction pursuant to 28

U.S.C. § 1332.  Removal of this action is proper under 28 U.S.C. §§ 1332(a), 1441, and 1446 for

diversity.

5.      Under 28 U.S.C. § 1332(a), a district court shall have original jurisdiction of "all

civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of

interest and costs, and is between—(1) citizens of different States . . . ."

6.      The face of the Plaintiff's Complaint makes clear that the amount in controversy

is more than $75,000.  The Complaint alleges: "Plaintiff is suing for compensatory (7 million

dollars), general (7 million dollars), and punitive damages (14 million dollars)…."  Ex. B at ¶ 2.

Accordingly, the amount-in-controversy exceeds the sum or value of $75,000, exclusive of

interest or costs for purposes of 28 U.S.C. § 1332(a).

7.      There is complete diversity of citizenship between the parties.  First, and as

evidenced by the mailing address included at the top of her Complaint, Plaintiff resides in

Meridian, Idaho.  Second, Plaintiff's Complaint names "Lowe's Home Centers, LLC" as the sole Defendant.  Lowe's is not alleged to be, and is not, a citizen of Idaho.  Instead, and as more fully described in the contemporaneously filed Corporate Disclosure Statement, Lowe's is a citizen of North Carolina.  Accordingly, complete diversity exists for purposes of 28 U.S.C. § 1332(a).

8.      In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within thirty (30) days after service of the Complaint on Lowe's.  The District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, in which this action is now pending, is located within this Court's district.  Therefore, this action is properly removed to this Court.

9.      In accordance with 28 U.S.C. § 1446(d), copies of this Notice of Removal have been served on Bennett (pro se) and filed with the Clerk of the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada.  Lowe's has attached a copy of the state court notice as **Exhibit E**.

10.      There are no additional defendants that are required to join in this Notice of Removal.

11.      Lowe's has complied with all procedural requirements to properly remove this matter.

THEREFORE, Defendant Lowe's requests that the above-referenced action in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, be removed to this Court, and requests that this Court enter such further orders as may be necessary and proper.

DATED this 22nd day of April, 2019.

HOLLAND & HART LLP

By _____/s/ A. Dean Bennett_____
A. Dean Bennett, of the firm
Alexandra S. Grande, for the firm
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of April, 2019, I caused the foregoing to be filed electronically through the CM/ECF system, and a true and correct copy to be served by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Cynthia A. Bennett, Pro Se | ☒ | U.S. Mail |
| P.O. Box 986 | ☐ | Hand Delivered |
| Meridian, ID  83680 | ☐ | Overnight Mail |
| basgroup19803@yahoo.com | ☒ | Email |

_____/s/ A. Dean Bennett_____
for HOLLAND & HART LLP

12350389_1

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT - 4