**Cynthia A. Bennett**
PO Box 986
Meridian, Idaho 83680
Telephone (208) 286-0882
Telephone (208) 850-5350 (cell)
Facsimile (208) 286-0883
Email: basgroup19803@yahoo.com

Pro Se Plaintiff

IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| Cynthia A. Bennett<br><br>          Plaintiff,<br><br><br><br>Lowe's Home Centers, LLC<br><br>          Defendant | Case No. CV 01 1904868<br><br>Complaint<br>Wrongful Termination and Harassment |

1. In February 2017 the Plaintiff Cynthia A. Bennett was wrongfully terminated from Lowe's Home Centers, LLC store #2573.

2. Plaintiff is suing for compensatory (7 million dollars), general (7 million dollars), and punitive damages (14 million dollars), for the wrongful termination and sexual, physical, verbal, and emotional harassment that she suffered from March of 2012 to her termination in February of 2017.

3. Plaintiff will allow others who've suffered the same or similar harassment to enjoin this lawsuit as well.

Dated this 20th day of March, 2019.

                                                /s/ Cynthia A. Bennett
                                                Cynthia A. Bennett

Wrongful Termination and Harassment P-1

EXHIBIT B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on the 20th day of March, 2019 a true and correct copy of the within and foregoing instrument was served upon:

Lowe's Home Centers, LLC          By Mail
1000 Lowe's Boulevard
Mooresville, NC 28117

Corporation Service Company          By Mail
12550 W Explorer Drive Suite 100
Boise, Idaho 83713
(Registered Agent)

Cynthia A. Bennett          _Cynthia A. Bennett_