UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

AT BOISE

| | |
|---|---|
| CYNTHIA A. BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>    Defendant. | No. 1:19-cv-0000145-SAB<br><br>**ORDER DENYING MOTION TO EXTEND TIME; CLOSING FILE** |

Before the Court is Plaintiff's Motion to Extend Time to File Amended Complaint, ECF No. 16. The motion was heard without oral argument. Plaintiff is proceeding *pro se*; Defendant is represented by A. Dean Bennett and Alexandra S. Grande.

On June 5, 2019, the Court granted Defendant's Motion to Dismiss, but granted Plaintiff leave to file an Amended Complaint within sixty days. ECF No. 13. The deadline for filing the Amended Complaint was August 5, 2019. Rather than file an Amended Complaint by August 5, 2019, on that day Plaintiff filed her Motion to Extend Time to File Amended Complaint. She states she needs more time because she submitted a FOIA request to the EEOC and she has not received the requested documents.

//

//

**ORDER DENYING MOTION TO EXTEND TIME;
CLOSING FILE ~** 1

Plaintiff does not explain how these documents will assist her in meeting her obligations under Fed. R Civ. P. 8(a) to provide "a short and plain statement of the claim showing the pleader is entitled to relief; and . . . a demand for the relief sought, which may include relief in the alternative or different types of relief." In her initial Complaint, Plaintiff alleged that she was wrongfully terminated, and that she experienced "sexual, physical, verbal, and emotional harassment." It is inherent that Plaintiff has personal knowledge of the alleged wrongful acts taken by Defendant and presumably does not need additional facts to assert her claims. To the extent Plaintiff is seeking information from the EEOC in order to present claims on behalf of others, as a *pro se* litigant, she is precluded from doing so. Plaintiff has not demonstrated good cause to extend the deadline for filing an Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Extend Time to File Amended Complaint, ECF No. 16, is **DENIED**.

2. The above-captioned case is **DISMISSED**, without prejudice.

3. The Court certifies that an appeal of this dismissal would not be in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to Plaintiff and counsel, and close the file.

**DATED** this 27th day of August 2019.

_Stanley A. Bastian_
Stanley A. Bastian
United States District Judge

**ORDER DENYING MOTION TO EXTEND TIME;
CLOSING FILE ~ 2**